UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ12-235 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| BESSI GUEVARA-MENDOZA, | |
| Defendant. | |

<u>Offenses charged</u>:

    Count 1:    Aiding and Abetting the Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2.

<u>Date of Detention Hearing</u>: May 7, 2012

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1   2.  An immigration detainer has been placed on defendant by the United States
2   Immigration and Customs Enforcement.

3   3.  Defendant has stipulated to detention, but reserves the right to contest her
4   continued detention if there is a change in immigration status.

5   4.  There are no conditions or combination of conditions other than detention that
6   will reasonably assure the appearance of defendant as required or ensure the safety of the
7   community.

8   IT IS THEREFORE ORDERED:

9   (1) Defendant shall be detained and shall be committed to the custody of the
10      Attorney General for confinement in a correction facility separate, to the extent
11      practicable, from persons awaiting or serving sentences or being held in custody
12      pending appeal;

13  (2) Defendant shall be afforded reasonable opportunity for private consultation with
14      counsel;

15  (3) On order of a court of the United States or on request of an attorney for the
16      government, the person in charge of the corrections facility in which defendant
17      is confined shall deliver the defendant to a United States Marshal for the
18      purpose of an appearance in connection with a court proceeding; and

19  //
20  //
21  //
22  //
23

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2

1  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to
2       counsel for the defendant, to the United States Marshal, and to the United States
3       Pretrial Services Officer.

4  DATED this 7th day of May, 2012.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23