1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BESSI GUEVARA-MENDOZA,

Defendant.

NO.  MJ12-235

DETENTION ORDER

Offenses charged:

Count 1:    Aiding and Abetting the Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2.

Date of Detention Hearing: May 7, 2012

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.  Application of the presumption is appropriate in this case.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1    2.    An immigration detainer has been placed on defendant by the United States

2  Immigration and Customs Enforcement.

3    3.    Defendant has stipulated to detention, but reserves the right to contest her

4  continued detention if there is a change in immigration status.

5    4.    There are no conditions or combination of conditions other than detention that

6  will reasonably assure the appearance of defendant as required or ensure the safety of the

7  community.

8    IT IS THEREFORE ORDERED:

9    (1)    Defendant shall be detained and shall be committed to the custody of the

10        Attorney General for confinement in a correction facility separate, to the extent

11        practicable, from persons awaiting or serving sentences or being held in custody

12        pending appeal;

13    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

14        counsel;

15    (3)    On order of a court of the United States or on request of an attorney for the

16        government, the person in charge of the corrections facility in which defendant

17        is confined shall deliver the defendant to a United States Marshal for the

18        purpose of an appearance in connection with a court proceeding; and

19  //

20  //

21  //

22  //

23

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of May, 2012.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3